| | |
|---|---|
| **CAROL ANN MOSES #164193** | |
| Attorney at Law | |
| 7636 N. Ingram Avenue, Suite 104 | |
| Fresno, CA 93711 | |
| Telephone: (559) 449-9069 | |
| Facsimile: (559) 513-8530 | |

Attorney for Defendant,
LUTHER NEWSOME

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00069-LJO-SKO |
| Plaintiff, | **REQUEST FOR PERSONAL APPEARANCE WAIVER FOR RESTITUTION HEARING PURSUANT TO RULE 43 and ORDER THEREON** |
| v. | |
| LUTHER NEWSOME, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Luther Newsome, having been advised of his right to be personally present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for the Restitution Hearing currently scheduled for November 5, 2018 at 9:30 AM. Mr. Newsome agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

The government, represented by Christopher Baker, has no objection to this request.

Mr. Newsome was sentenced to 77 months imprisonment on August 30, 2018. He is anxious to leave the Fresno Holding Facility where he has resided for the last 28 months and move on to the next stage of these proceedings. Mr. Newsome pleaded guilty to a conspiracy offense involving credit card

REQUEST FOR RULE 43 WAIVER
FOR RESTITUTION HEARING

fraud, whose consequent victims are acknowledged yet unknown to Mr. Newsome. It is unlikely Mr. Newsome's personal presence would assist counsel at the Restitution Hearing.

Mr. Newsome respectfully requests this Court grant a waiver of his right and obligation to be personally present at the Restitution Hearing.

DATED: August 30, 2018

Respectfully submitted,

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
LUTHER NEWSOME

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the above request for Defendant Newsome's personal appearance waiver at the Restitution Hearing, currently scheduled for November 5, 2018 at 9:30 AM, in Case No. 1:16-cr-00069-LJO-SKO, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated: **August 31, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

REQUEST FOR RULE 43 WAIVER
FOR RESTITUTION HEARING