McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )  NO.  1:16-CR-00069 LJO
                                  )
          Plaintiff,              )
                                  )  STIPULATION AND AMENDED JUDGMENT
     v.                           )  AND RESTITUTION ORDER
                                  )
LUTHER NEWSOME,                   )
                                  )
          Defendant.              )
                                  )
                                  )
_____ )

　　　　WHEREAS, following his entry of a guilty plea to Count 23 of the Indictment (18 U.S.C. § 1029 - Conspiracy to Commit Access Device Fraud), defendant LUTHER NEWSOME was sentenced on August 30, 2018, to a term of imprisonment and to pay restitution in an amount to be determined at a later restitution hearing (CR 675);

　　　　WHEREAS, following defendant's sentencing hearing, the United States Attorney's Office received additional documentation supporting numerous claimants' entitlement to restitution;

　　　　WHEREAS, following defendant's sentencing hearing, the Court sentenced all other codefendants convicted of Count 23 and ordered them to pay restitution in the total amount of $25,263.23, to the claimants and in the specific amounts set forth below (CR 721, 735,

-1-
STIPULATION AND [PROPOSED] AMENDED JUDGMENT AND RESTITUION ORDER

737);

WHEREAS, pursuant to 18 U.S.C. § 3664(d)(5), good cause exists for the failure to include such losses in the initial claim for restitutionary relief, insofar as the claimants could not identify with reasonable precision their entitlement to restitution because of the large scope and extent of defendant and codefendants' engagement in access device fraud; and

WHEREAS, on October 9, 2018, counsel for the United States of America ("government") made available to counsel for defendant the documentation it received from the restitution claimants and notified defense counsel that the government supported these claims for restitution;

ACCORDINGLY, pursuant to 18 U.S.C. § 3664(d)(5), the parties stipulate that good cause exists for this Court to enter an Order amending the Judgment as to defendant entered on September 5, 2018 [CR 675], and ordering defendant to pay restitution in the total amount of $25,263.23, to the claimants and in the specific amounts set forth below (jointly and severally with codefendants Anthony Windfield, Kenneth Johnson, Kenneth Wharry, and Nastasha Parks):

*- - - - Remainder of this page intentionally left blank - - - -*

| | |
|---|---|
| ADAMS BANK AND TRUST<br>OGALLALA, NE 69153<br>$1,000.00 | AMERICAN FIRST CREDIT UNION<br>ORANGE, CA 92867<br>$433.45 |
| BELLCO CREDIT UNION<br>GREENWOOD VILLAGE, CO 80155<br>$3,154.36 | CEDAR POINT FED. CREDIT UNION<br>LEXINGTON PARK, MD 20653<br>$271.42 |
| CITY NATIONAL BANK<br>ATTN: CORPORATE SECURITY<br>LOS ANGELES, CA 90071<br>$1,050.99 | COLUMBIA BANK<br>TACOMA, WA 94401-2156<br>$421.12 |
| INTRUST BANK<br>WICHITA, KS 67202<br>$3,617.93 | M&T BANK<br>BALTIMORE, MD 21264-2986<br>$338.88 |
| MID-HUDSON VALLEY FCU<br>KINGSTON, NY 12401<br>$204.24 | MSU FEDERAL CREDIT UNION<br>EAST LANSING, MI 48823<br>$282.17 |
| MUFG UNION BANK<br>SAN DIEGO, CA 92121<br>$2,483.16 | PACIFIC FEDERAL CREDIT UNION<br>DIAMOND BAR, CA 91765-1023<br>$2,000.00 |
| POLICE & FIRE FED. CREDIT UNION<br>PHILADELPHIA, PA 19107<br>$644.66 | RELIAN FEDERAL CREDIT UNION<br>CASPER, WY 892604<br>$2,657.22 |
| ROYAL CREDIT UNION<br>EAU CLAIRE, WI 54703<br>$39.26 | TCF NATIONAL BANK<br>PLYMOUTH, MN 55441<br>$3,844.98 |
| THE FIRST NATIONAL BANK & TRUST<br>COMPANY OF NEWTOWN<br>NEWTOWN, PA 18940<br>$40.00 | UNION YES FED. CREDIT UNION<br>ORANGE, CA 92868<br>$2,283.12 |
| WSFS BANK<br>WILMINGTON, DE 19801<br>$296.14 | ZIONS BANK<br>WEST VALLEY CITY, UT 84119<br>$200.13 |

The parties further stipulate that, should the Court sign and enter the proposed order attached hereto, the restitution hearing

scheduled for November 5, 2018, be vacated.

Dated:  October 15, 2018					McGREGOR W. SCOTT
								United States Attorney


								 /s/ Christopher D. Baker
								CHRISTOPHER D. BAKER
								Assistant U.S. Attorney


								/s/Carol Moses (auth. 10/15)
								CAROL MOSES
								Attorney for Defendant
								Luther Newsome

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LUTHER NEWSOME,<br><br>          Defendant. | NO.  1:16-CR-00069 LJO<br><br>AMENDED JUDGMENT AND RESTITUTION ORDER |

Pursuant to 18 U.S.C. § 3664(d)(5), the Judgment as to defendant entered on August 30, 2018 (CR 675), is amended to provide that defendant shall pay restitution in the total amount of $25,263.23, to the claimants and in the specific amounts set forth below (jointly and severally with codefendants Anthony Windfield, Kenneth Johnson, Kenneth Wharry, and Nastasha Parks):

  - - - - *Remainder of this page intentionally left blank* - - - -

| | |
|---|---|
| ADAMS BANK AND TRUST<br>OGALLALA, NE 69153<br>$1,000.00 | AMERICAN FIRST CREDIT UNION<br>ORANGE, CA 92867<br>$433.45 |
| BELLCO CREDIT UNION<br>GREENWOOD VILLAGE, CO 80155<br>$3,154.36 | CEDAR POINT FED. CREDIT UNION<br>LEXINGTON PARK, MD 20653<br>$271.42 |
| CITY NATIONAL BANK<br>ATTN: CORPORATE SECURITY<br>LOS ANGELES, CA 90071<br>$1,050.99 | COLUMBIA BANK<br>TACOMA, WA 94401-2156<br>$421.12 |
| INTRUST BANK<br>WICHITA, KS 67202<br>$3,617.93 | M&T BANK<br>BALTIMORE, MD 21264-2986<br>$338.88 |
| MID-HUDSON VALLEY FCU<br>KINGSTON, NY 12401<br>$204.24 | MSU FEDERAL CREDIT UNION<br>EAST LANSING, MI 48823<br>$282.17 |
| MUFG UNION BANK<br>SAN DIEGO, CA 92121<br>$2,483.16 | PACIFIC FEDERAL CREDIT UNION<br>DIAMOND BAR, CA 91765-1023<br>$2,000.00 |
| POLICE & FIRE FED. CREDIT UNION<br>PHILADELPHIA, PA 19107<br>$644.66 | RELIAN FEDERAL CREDIT UNION<br>CASPER, WY 892604<br>$2,657.22 |
| ROYAL CREDIT UNION<br>EAU CLAIRE, WI 54703<br>$39.26 | TCF NATIONAL BANK<br>PLYMOUTH, MN 55441<br>$3,844.98 |
| THE FIRST NATIONAL BANK & TRUST<br>COMPANY OF NEWTOWN<br>NEWTOWN, PA 18940<br>$40.00 | UNION YES FED. CREDIT UNION<br>ORANGE, CA 92868<br>$2,283.12 |
| WSFS BANK<br>WILMINGTON, DE 19801<br>$296.14 | ZIONS BANK<br>WEST VALLEY CITY, UT 84119<br>$200.13 |

The restitution hearing scheduled for November 5, 2018, is vacated.

IT IS SO ORDERED.

Dated: **October 16, 2018**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE